UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL BARRETT, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>        Defendants. | Case No. 20-cv-04812-EJD (VKD)<br><br>**ORDER RE JANUARY 28, 2022 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 83 |

Plaintiffs ask the Court to order defendants Apple, Inc. and Apple Value Services LLC (collectively, "Apple") to provide a corporate designee or designees to testify regarding the topics in plaintiffs' Rule 30(b)(6) deposition notice within 60 days. Apple opposes this request principally on the ground that it would be unduly burdensome for Apple to prepare its designees and have them testify in deposition in view of Apple's pending motion to dismiss plaintiffs' amended complaint. Apple asks the Court to order that the Rule 30(b)(6) deposition may not proceed until after the presiding judge decides the motion to dismiss.

Although it characterizes its request as a "pause," Apple here seeks a stay of Rule 30(b)(6) deposition discovery. Judge Davila previously denied Apple's request for a stay of discovery generally (Dkt. No. 38), and the undersigned lacks authority to alter that result; any renewed request for a stay of discovery, in whole or in part, must be addressed to the presiding judge.

However, the parties' joint discovery dispute submission reflects underlying disagreements about (1) the pace of document production, (2) the timing of depositions as it relates to document production, and (3) the coordination of individual and Rule 30(b)(6) depositions. Discovery has been underway for over a year and it is not clear to the Court what remains to be done. Apple is

correct that the Court has authority to manage the timing and sequence of discovery where such management is needed.  To this end, the Court orders the parties to confer regarding a discovery plan that includes a schedule for the substantial completion of document discovery, the timing and sequence of individual and Rule 30(b)(6) depositions, and any other matters relating to completion of fact discovery.  The discussion should focus on what needs to be done, rather than the anticipated timing of a decision on the pending motion to dismiss.  The parties shall jointly report to the Court on their agreed or competing discovery plans by **February 22, 2022**.

**IT IS SO ORDERED.**

Dated: February 2, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge