UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL BARRETT, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>        Defendants. | Case No. 5:20-cv-04812-EJD<br><br>**CASE MANAGEMENT ORDER** |

On July 28, 2022, the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the conference,

IT IS HEREBY ORDERED that the Court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | February 24, 2023 |
| Joint Trial Setting Conference Statement *(see Section IV(C)(2) of Standing Order for Civil Cases)* | April 10, 2023 |
| Trial Setting Conference *(see Section IV(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on April 20, 2023 |
| Motion for Class Certification and Accompanying Expert Disclosures | May 25, 2023 |
| Deadline for Filing Opposition to Motion for Class Certification and Accompanying Rebuttal Expert Disclosures | August 4, 2023 |
| Deadline for Filing Reply in Support of Motion for Class Certification | October 5, 2023 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Hearing on Anticipated Motion for Class Certification | 9:00 a.m. on October 19, 2023 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[1] with regard to the timing and content of the Joint Trial Setting Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: August 2, 2022

EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:20-cv-04812-EJD
CASE MANAGEMENT ORDER

2