UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL BARRETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | Case No. 20-cv-04812-EJD (VKD)<br><br>**REDACTED**<br><br>**ORDER RE MARCH 10, 2023 DISCOVERY DISPUTE RE POLSTON GIFT CARD PURCHASE**<br><br>Re: Dkt. No. 145 |

Plaintiffs and defendants Apple Inc. and Apple Value Services LLC ("Apple") ask the Court to resolve their dispute concerning plaintiffs' request for information they hope will allow them to identify gift card purchases made by named plaintiff Michel Polston. Dkt. No. 145. The Court held a hearing on this dispute on March 28, 2023. Dkt. No. 176. The parties conferred further about this dispute and submitted a status report on May 4, 2023. Dkt. No. 187.

Having considered the parties' most recent submission, the Court denies plaintiffs' request for an order compelling Apple to produce information for all gift cards purchased between May 10-13, 2019 at a particular Safeway store in Salem, Oregon, and information for the accounts that redeemed those cards.

**I.    BACKGROUND**

Plaintiffs allege that Mr. Polston is a victim of a scam involving Apple gift cards in the amount of $350. Dkt. No. 59 ¶¶ 121-129. Although he recalls purchasing the cards at a particular Safeway store in Salem, Oregon, Mr. Polston has no records identifying the gift cards he purchased. Dkt. No. 145 at 1. Until recently, he also had no information about the date of the scam, except that it occurred in 2019. *Id.*

1     At the very end of the period for fact discovery, Mr. Polston obtained a copy of a police
2  report he made in May 2019. *Id.* at 2. According to plaintiffs, the report reflects that on May 13,
3  2019, Mr. Polston reported that he had been the victim of a scam and includes the amount of
4  money Mr. Polston claims to have lost as a result. The police report does not mention Apple gift
5  cards, or any gift cards, but does refer to Mr. Polston's Best Buy credit card. *Id.* at 3.

6     Mr. Polston produced the police report to Apple on February 24, 2023, the last day of fact
7  discovery. On that same date, plaintiffs asked Apple to search for and produce the following
8  information: (1) complete ███████ data for cards purchased May 10-13, 2019[1] at the Safeway
9  at 3380 Lancaster Drive NE in Salem, Oregon; and (2) ████████████████████████
10 ████████████████████████ (in the format produced in connection with the other
11 named Plaintiffs). Apple refused to produce this information. *Id.* at 2, 6-7.

12    In their most recent submission, plaintiffs additionally ask for leave of court to serve a
13 document subpoena on Facebook for information Mr. Polston says may be found in a Facebook
14 account to which he apparently no longer has access. Dkt. No. 187 at 7-8.

15 **II.   DISCUSSION**

16    Plaintiffs argue that they are merely asking Apple to produce the same kind of information
17 Apple has produced for other named plaintiffs, in response to existing requests for production of
18 documents. However, the information plaintiffs request regarding Mr. Polston differs from the
19 information they have obtained from Apple for the other named plaintiffs, all of whom apparently
20 had information identifying the gift cards at issue. Plaintiffs did not provide Apple with any
21 information identifying Mr. Polston's gift card purchases at any time during fact discovery period.

22    Plaintiffs acknowledge that the information they seek from Apple will not permit them to
23 definitively identify gift cards purchased by Mr. Polston. Rather, plaintiffs hope that if they obtain
24 all data from for the period spanning May 10-13, 2019 from the particular Safeway store they will
25 find transactions that look like the $350 gift card purchase Mr. Polston says he made in 2019, such
26 that a reasonable jury could infer that he was, indeed, the victim of an Apple gift card scam in that

---

[1] Plaintiffs asked for production of information in this specific date range a few days after the close of discovery. Dkt. No. 145 at 6.

United States District Court
Northern District of California

amount. Dkt. No. 176 at 72:18-73:18.

The Court agrees with Apple that the production plaintiffs now ask Apple to undertake is not within the scope of plaintiffs RFPs 1, 22, and 23, or consistent with how the parties have otherwise handled requests for information associated with the named plaintiffs' claims. Moreover, there is no reason plaintiffs could not have obtained the police report on which they now rely earlier in the discovery period. It does not matter that Apple elected not to seek this discovery on its own. Apple does not need this information; plaintiffs do.

Likewise, plaintiffs could have served a subpoena on Facebook during the discovery period if, as they now claim, Mr. Polston's Facebook account contains information identifying the gift cards he says he purchased and reflecting his communications with the alleged scammer.

The Court denies plaintiffs' request for an order compelling Apple to produce information for gift cards purchased between May 10-13, 2019 at the Safeway store in Salem, Oregon, and denies plaintiffs' request for leave to serve a late subpoena on Facebook.

**IT IS SO ORDERED.**

Dated: May 5, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

3