1  NYRAN ROSE RASCHE (*pro hac vice*)
   nrasche@caffertyclobes.com
2  NICKOLAS J. HAGMAN (*pro hac vice*)
   nhagman@caffertyclobes.com
3  CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
4  135 South LaSalle Street, Suite 3210
   Chicago, Illinois 60603
5  Telephone: (312) 782-4880
   Facsimile: (318) 782-4485
6
7  Attorneys for Plaintiffs

8  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
9  MORGAN D. MACBRIDE (Bar No. 301248)
   morgan.macbride@weil.com
10 AMY LE (Bar No. 341925)
   amy.le@weil.com
11 WEIL, GOTSHAL & MANGES LLP
12 201 Redwood Shores Parkway, 6th Floor
   Redwood Shores, CA 94065-1134
13 Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
14
15 Attorneys for Defendants Apple Inc. and Apple
   Value Services LLC
16

17 [Additional Counsel Listed on Signature Page]

18               UNITED STATES DISTRICT COURT
19               NORTHERN DISTRICT OF CALIFORNIA
20                     SAN JOSE DIVISION

| | |
|---|---|
| CARL BARRETT, et al., | Case No. 5:20-cv-04812-EJD |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TEMPORARY STAY OF CASE PURSUANT TO CIVIL L.R. 6-2 and 7-12** |
| v. | |
| APPLE INC., et al., | |
| Defendants. | Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

The undersigned counsel for Michel Polston, Nancy Martin, Michael Rodriguez, Maria Rodriguez, and Andrew Hagene (collectively, "Plaintiffs"), and Apple Inc. and Apple Value Services LLC (collectively, "Apple," and together with Plaintiffs, the "Parties") in the above captioned action, hereby stipulate and agree, pursuant to Civil Local Rules 6-2 and 7-12, as follows:

WHEREAS, on July 28, 2023, the Parties engaged in a mediation before Mr. Randy Wulff, which ended with Mr. Wulff making a Mediator's Proposal;

WHEREAS, on August 1, 2023, the Court granted the Parties' joint stipulation requesting a temporary stay of the case for thirty (30) days while the Parties evaluated the Mediator's Proposal, ECF No. 249;

WHEREAS, on August 30, 2023, the Court granted the Parties' joint stipulation extending the temporary stay of the case by another thirty (30) days while the Parties continued to evaluate the Mediator's Proposal, ECF No. 251;

WHEREAS, on October 11, 2023, the Court granted the Parties' joint stipulation extending the temporary stay of the case by ninety (90) days while the Parties negotiated a term sheet, ECF No. 254;

WHEREAS, on January 3, 2024, the Court granted the Parties joint stipulation extending the temporary stay of the case by sixty (60) days while the Parties negotiated a long-form settlement agreement, ECF No. 258;

WHEREAS, the Parties have since reached agreement on numerous details with respect to the settlement terms set forth in the term sheet and have recently executed a long-form agreement setting forth the terms of the settlement;

WHEREAS, the Parties have retained an experienced settlement administrator, which is in the process of preparing the notice campaign for the settlement;

WHEREAS, Plaintiffs are now diligently drafting their motion for preliminary approval of the settlement, which they anticipate filing within 30 days;

WHEREAS, given the significant progress the Parties have made and the complex nature of class actions settlements, the Parties request an additional thirty (30)-day extension of the temporary stay;

WHEREAS, the Parties will update the Court on their progress before the end of the requested stay; and

1    WHEREAS, good cause exists for the requested stay, as set forth in the Declaration of Nyran Rose Rasche filed concurrently herewith;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel, that:

1. The case shall be stayed for an additional thirty (30) days; and

2. Within thirty (30) days of the issuance of an Order granting this stipulation, either Plaintiffs shall file their motion for preliminary approval of the settlement, or the Parties shall submit a Joint Status Report updating the Court on their progress.

Dated: March 4, 2024

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: /s/ *Joseph P. Guglielmo*
       JOSEPH P. GUGLIELMO

JOSEPH P. GUGLIELMO (*pro hac vice*)
jguglielmo@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

HAL D. CUNNINGHAM (Bar No. 243048)
aoutwater@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 223-4565
Facsimile: (619) 233-0508

NYRAN ROSE RASCHE (*pro hac vice*)
nrasche@caffertyclobes.com
NICKOLAS J. HAGMAN (*pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
135 South LaSalle Street, Suite 3210
Chicago, Illinois 60603

|   |   |
|---|---|
| | Telephone: (312) 782-4880 |
| | Facsimile: (318) 782-4485 |
| | |
| | ANTHONY F. FATA (*pro hac vice*) |
| | afata@kmllp.com |
| | KIRBY McINERNEY LLP |
| | 211 West Wacker Drive, Suite 550 |
| | Chicago, IL 60606 |
| | Telephone: (312) 767-5180 |
| | |
| | Attorneys for Plaintiffs |
| Dated: March 4, 2024 | Respectfully submitted, |
| | WEIL, GOTSHAL & MANGES LLP |
| | |
| | By:  /s/ David R. Singh             |
| |       DAVID R. SINGH |
| | |
| | DAVID R. SINGH (Bar No. 300840) |
| | david.singh@weil.com |
| | MORGAN D. MACBRIDE (Bar No. 301248) |
| | morgan.macbride@weil.com |
| | AMY LE (Bar No. 341925) |
| | amy.le@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway, 4th Floor |
| | Redwood Shores, CA 94065-1134 |
| | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| | |
| | Attorneys for Defendants Apple Inc. and Apple Value Services LLC |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Joseph P. Guglielmo, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: March 4, 2024                              */s/ Joseph G. Guglielmo*
                                                   JOSEPH P. GUGLIELMO

**[PROPOSED]** **ORDER**

Having reviewed and considered the Parties' stipulation to extend certain deadlines, the relevant parties being in agreement, and for good cause shown, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The case shall be stayed for an additional thirty (30) days; and

2. Within thirty (30) days from the date of this Order, either Plaintiffs shall file their motion for preliminary approval of the settlement, or the Parties shall submit a Joint Status Report updating the Court on their progress.

**SO ORDERED this** 4th **of** March **, 2024**

EDWARD J. DAVILA
United States District Judge