1  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
2  MORGAN D. MACBRIDE (Bar No. 301248)
   morgan.macbride@weil.com
3  AMY LE (Bar No. 341925)
   amy.le@weil.com
4  WEIL, GOTSHAL & MANGES LLP
5  201 Redwood Shores Parkway, 4th Floor
   Redwood Shores, CA 94065-1134
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
8  Attorneys for Defendants Apple Inc. and Apple
   Value Services LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL BARRETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | Case No. 5:20-cv-04812-EJD <br><br> **DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS (ECF NO. 276)** <br><br> Dept.: Courtroom 4 – 5th Floor <br> Judge: Honorable Edward J. Davila |

1  Pursuant to Civil Local Rule 6-3, Apple opposes Plaintiffs' request to extend their deadline to respond in support of their Motion for Attorneys' Fees, Expenses, and Service Awards (the "Motion") by nearly two months.  *See* ECF No. 276.  Apple would consent to a one-week extension of the deadline, to October 8, 2024, and has conveyed that position to Plaintiffs.

Apple filed its opposition to Plaintiffs' Motion on September 24, 2024.  ECF No. 275.  Local Rule 7-3(c) provides that any reply to an opposition to a motion "must be filed and served not more than 7 days after the opposition was due," making Plaintiffs' current deadline to reply in support of their Motion October 1, 2024.  Plaintiffs now seek a *nearly two-month* extension from October 1, 2024 to December 2, 2024.  ECF No. 276.

Plaintiffs' proposed December 2 deadline falls *after* the Objection and Exclusion Deadline, October 15, 2024.  In order for the class to fully evaluate whether to object to and/or opt out of the settlement, class members should have access to the full set of public briefs regarding Plaintiffs' Motion (including any supplemental detail provided in connection with the attorneys' fees request) in advance of their Objection and Exclusion deadline.  Granting Plaintiffs' request for a nearly two-month extension risks upsetting these case milestones.

Accordingly, Apple respectfully requests that the Court deny Plaintiffs' request to extend their deadline to respond in support of their Motion to December 2, 2024.

Dated: September 27, 2024        Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:  */s/ David R. Singh*
        DAVID R. SINGH

Attorney for Defendants Apple Inc. and Apple Value Services LLC