UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BARRETT, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>APPLE INC., et al.,<br><br>           Defendants. | Case No. 5:20-cv-04812-EJD<br><br>**JUDGMENT** |

On December 19, 2024, the Court issued its Order Granting Motion for Final Settlement Approval. ECF No. 291. On April 3, 2025, the Court granted Class Counsel's Motion for Attorneys' Fees, Expenses, and Service Awards. ECF No. 296. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 3, 2025

_____
EDWARD J. DAVILA
United States District Judge